# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TANIKA ELLISON, as Personal
Representative of the Estate of
Thomas M. Pettigrew, on behalf of
the Estate and as mother and
guardian of S.U.P., a minor child,

    Plaintiff,

v.                                         Case No. 3:16-cv-1240-J-32JBT

MICHAEL CREWS, Former
Secretary of the Florida Department
of Corrections, a Florida State
Agency and JULIE JONES, Current
Secretary of the Florida Department
of Corrections, a Florida State
Agency,

    Defendants.

## **O R D E R**

This case is before the Court on the Motion to Dismiss (Doc. 59). On July 16, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 64) recommending that the Motion to Dismiss be granted and the Second Amended Complaint be dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time

in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 64), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 64) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motion to Dismiss, (Doc. 59), is **GRANTED**.

3. The Second Amended Complaint, (Doc. 45), is **DISMISSED with prejudice.**

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record